1  Peter J. Ferguson SBN 108297
   Kyle R. Bevan SBN 294877
2  **FERGUSON, PRAET & SHERMAN**
   A Professional Corporation
3  1631 East 18th Street
   Santa Ana, California  92705-7101
4  (714) 953-5300 telephone
   (714) 953-1143 facsimile
5  kbevan@law4cops.com

6  Attorneys for Defendants City of El Monte,
   Brian Glick, and DOES 1 through 10
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 RAUL MENJIVAR, individually;      )   No. 2:18-cv-01574-GW (JC)
   JOSE ALEX GONZALEZ,               )
   individually,                     )   Hon. George H. Wu
12                                    )
              Plaintiffs,            )   **DEFENDANTS' NOTICE OF**
13                                    )   **MOTION AND MOTION TO**
   v.                                )   **DISMISS THE FALSE ARREST**
14                                    )   **CLAIM FROM PLAINTIFF'S**
   CITY OF EL MONTE, a               )   **FIRST AMENDED COMPLAINT**
15 governmental entity; BRIAN GLICK, )   **PURSUANT TO FEDERAL RULE**
   individually and in his official  )   **OF CIVIL PROCEDURE 12(b)(6);**
16 capacity; and DOES 1 through 10,  )   **MEMORANDUM OF POINTS**
                                      )   **AND AUTHORITIES IN**
17            Defendants.            )   **SUPPORT THEREOF;**
   _____  )   **DECLARATION OF KYLE R.**
18                                        **BEVAN; [PROPOSED] ORDER**

19                                       **DATE:** November 1, 2018
                                         **TIME:** 8:30 AM
20                                       **CTRM:** 9D

21

22

23

24 PLEASE TAKE NOTICE that on November 1, 2018, at 8:30 A.M., in Courtroom

25 9D of the United States District Court located at 350 W. 1st Street, Los Angeles,

26 CA, Defendants City of El Monte, Brian Glick, and DOE El Monte police

27 officers, will, and hereby do, move this Court for an order dismissing Plaintiff's

28 Complaint pursuant to FRCP 12(b)(6).

Plaintiff's FAC is subject to dismissal for the following reasons:

1.     The FAC lacks sufficient facts to plausibly state a claim for relief under the requirements of *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

2.     The First Cause of Action ("False Arrest / Imprisonment") fails as the FAC is devoid of sufficient facts to plausibly state a cognizable claim for relief. Detective Glick had probable cause to take Plaintiffs into custody during his investigation.

3.     Detective Glick is entitled to qualified immunity.

This motion will be based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the complete files and records of this action, any requests for judicial notice and upon such oral and documentary evidence as may be presented at the hearing on this motion.

DATED: August 30, 2018          FERGUSON, PRAET & SHERMAN
                                              A Professional Corporation

                                              By: /s/ Kyle R. Bevan
                                              Kyle R. Bevan
                                              Attorney for Defendants

This motion is made following a good faith effort to conduct a conference of counsel pursuant to L.R.7-3. Counsel for Defendants invited counsel for Plaintiffs to discuss this matter; however, they have not discussed the matter.

DATED: August 30, 2018          FERGUSON, PRAET & SHERMAN
                                              A Professional Corporation

                                              By: /s/ Kyle R. Bevan
                                              Kyle R. Bevan
                                              Attorney for Defendants

1

PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3

      I, Coleen Ludvigson, employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 1631 East 18th Street, Santa Ana, California  92705-7101.

4

5

      On August 30, 2018, I served the **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE FALSE ARREST CLAIM FROM PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF KYLE R. BEVAN; [PROPOSED] ORDER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

6

7

8

9

THE SEHAT LAW FIRM, PLC
Cameron Sehat (SBN 256535)
18881 Von Karman Ave., Irvine, CA 92612
cameron@sehatlaw.com
T: (949) 825-5200

10

11

12

13

14

____ (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

15

16

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

17

18

____ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19

20

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21

22

Executed August 30, 2018, at Santa Ana, California.

23

/s/ Coleen Ludvigson<br>Coleen Ludvigson

24

25

26

27

28