JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MENJIVAR, individually; JOSE ALEX GONZALEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF EL MONTE, a governmental entity; BRIAN GLICK, individually and in his official capacity; and DOES 1 through 10, <br><br> Defendants. | No. CV 18-1574-GW(JCx) <br><br> Hon. George H. Wu <br><br> **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

//

1

Upon consideration of the joint stipulation of the parties to dismiss this entire action, with prejudice, and with GOOD CAUSE SHOWING

**IT IS HEREBY ORDERED:**

1. The Joint Stipulation is GRANTED;
2. The entire action is hereby dismissed with prejudice;
3. The parties will each bear their own attorney fees and costs of suit, with respect to each other, as accrued through the date of this order.

DATED: January 15, 2019

Hon. George H. Wu
United States District Judge